D v F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x,
Olivia McDermott,

                   Plaintiff,                   **ORDER OF DISMISSAL**

                   -against-                   05-CV-1875 (DLI)(SMG)

Diesel Superstore et al.,

                   Defendants.
------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

The parties having advised the court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty (60) days of the date of this Order.

DATED:    Brooklyn, New York
                December 14, 2005

                                                DORA L. IRIZARRY
                                                United States District Judge